# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-1034

_____

ROSA FLYNN,

    Appellant,

    v.

AMERICAN AIRLINES, SEDGWICK
CMS,

    Appellees.

_____

On appeal from the Office of the Judges of Compensation Claims.
Margret G. Kerr, Judge.

Date of Accident: September 15, 2023.

March 25, 2026

PER CURIAM.

    AFFIRMED.

ROBERTS, RAY, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Toni L. Villaverde of Toni L. Villaverde, PLLC, Coral Gables, for Appellant.

Michael A. Hernandez of Jones, Hurley & Hand, P.A., Miami, for Appellees.